**CARY P. GREISEN SB# 125173**
**GREISEN LAW CORPORATION**
**4120 DOUGLAS BLVD., #306-192**
**GRANITE BAY, CA 95746**
**Telephone No.: (916) 781-8338**
Attorneys for NEXT GENERATION CAPITAL LLC

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT GENERATION CAPITAL LLC<br><br>Plaintiff,<br><br>vs.<br><br>KELVIN LAWRENCE LAMBERT, AMOS SNELL ET AL AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant(s) | Case No.: **2:13-cv-01980-MCE-EFB**<br><br>**ORDER** |

Pursuant to Stipulation of the parties the above entitled action is remanded to the Superior Court of California, County of Solano.  (ECF No. 4.)   Said case is referenced in the Superior Court of California, County of Solano as case #FCM 135340.

IT IS SO ORDERED.

Dated:  October 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 1 -